```
-----------------------------------------------------------------X
SAVAS SEVIL                                         :
                    Plaintiff,                      :
                                                           AFFIDAVIT OF SERVICE
                    against                         :
                                                           Case No. 08 CIV 5727
                                                    :
CIPRIANI USA, INC.                                  :
                    Defendant                       :
-----------------------------------------------------------------X
```

STATE OF NEW YORK)
    SS:
COUNTY OF NEW YORK)

    **GRACE HEWITT,** being duly sworn, deposes and says:

    I am not a party to this action, am over 18 years of age, and reside in the County of Bronx, City of New York.

    That on the 26th day of June, 2008, at approximately 11:30 a.m., deponent served a true copy of the **SUMMONS AND COMPLAINT** upon **CIPRIANI USA, INC.**, at 110 East 42nd Street, New York, New York personally delivering and leaving the same with Mirabela Vacariu, who informed deponent that she is an agent authorized by appointment to receive service at that address.

Mirabela Vacariu is a Caucasian Female approximately 23 years of age, stands approximately 5 feet 9 inches tall, and weighs approximately 140 pounds with Dark Brown hair and Dark Brown eyes.

_____
**GRACE HEWITT**

Sworn to me this
26th day of June, 2008

_____
NOTARY PUBLIC

JANET I. CRUZ-DIAZ
Notary Public, State of New York
No. 01CR6018875
Qualified in Richmond County
Commission Expires January 19, 20__

12313-1