UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
SAVAS SEVIL,                         :   **ECF CASE**
                                     :
              Plaintiff,             :
                                     :   Case No. 08 Civ. 5727 (RJH)
                                     :
                                     :   **NOTICE OF APPEARANCE**
     - v. –                          :
                                     :
CIPRIANI USA, INC.,                  :
                                     :
              Defendant.             :
------------------------------------- X

PLEASE TAKE NOTICE of the appearance of Douglas Weiner, of Epstein Becker & Green, P.C., as an attorney of record for Defendant.

I certify that I am admitted to practice in this District and that I continue to be a member in good standing.

Dated: July 23, 2008

> Respectfully submitted,
>
> **EPSTEIN BECKER & GREEN, P.C.**
>
> s/ Douglas Weiner
>       Douglas Weiner
> 250 Park Avenue
> New York, New York 10177
> Phone: 212.351.4500
> Fax:   212.878.8681
> e-mail: dweiner@ebglaw.com

---

### CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel for Plaintiffs.

> s/ Douglas Weiner
> Douglas Weiner