

Dean L. Silverberg, Esq.
Douglas Weiner, Esq.
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SAVAS SEVIL,                                : **ECF CASE**
                                            :
                    Plaintiff,              : 08 CIV 5727 (RJH) (JCF)
                                            :
         - v -                              : **STIPULATION TO EXTEND**
                                            : **DEFENDANT'S TIME IN**
CIPRIANI USA, INC.,                         : **WHICH TO ANSWER OR**
                                            : **OTHERWISE RESPOND TO**
                    Defendant.              : **THE COMPLAINT**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED and agreed by the attorneys for Plaintiffs ("Plaintiffs") and Defendants Cipriani USA, Inc.; Cipriani 110 LLC, Cipriani 200 LLC; Cipriani 55 Wall, LLC; Cipriani Fifth Avenue, LLC; Cipriani 42nd Street, LLC; CIP 55, LLC; Cipriani Foods, LLC; Downtown Restaurant Company, LLC; GC Ballroom Operator LLC; 42nd Street Lessee, LLC ("Defendants") that Defendants shall be granted an extension of time to and including September 4, 2008, to answer, move, or otherwise respond to Plaintiffs' Complaint in the above action. Counsel for the parties respectfully request that the Court extend the time for

Defendants to answer, move, or otherwise respond to Plaintiffs' Complaint in accordance with the terms of this stipulation.

Dated: August 1, 2008
New York, New York

EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, NY 10177
(212) 351-4500
By: _____
Douglas Weiner
Dean L. Silverberg
Attorneys for Defendant

CARY KANE LLP
1350 Broadway, Suite 815
New York, New York 10036
(212) 868-6300
By: _____
Walter Kane
Joshua S. C. Parkhurst
Attorneys for Plaintiff

SO ORDERED: _____
Hon. Richard J. Holwell

This __8th__ day of __August__, 2008.

- 2 -