UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

------------------------------------------------------------x

SAVAS SEVIL,

              Plaintiff,

-against-

CIPRIANI USA Inc,

              Defendant.

------------------------------------------------------------x

08 Civ. 05727 (RJH)

**ORDER**

      A pretrial conference shall be held on October 09, 2008, at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
August 13, 2008
SO ORDERED:

                                                Richard J. Holwell
                                                United States District Judge